```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

PATRICIA LLOYD, on behalf of herself
and others similarly situated,

                Plaintiff,

vs.                                  Case No.  2:07-cv-711-FtM-29DNF

AT HOME HEALTH CARE, INC.,

                Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #19), filed May 6, 2008, recommending that the Joint Motion to Approve FLSA Settlement (Doc. #17) and Joint Stipulation for Dismissal With Prejudice (Doc. #18) be granted, the settlement be approved, and the case be dismissed.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge finding that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation is hereby **accepted** and **adopted**.

2.  The Joint Motion to Approve FLSA Settlement (Doc. #17) is **GRANTED** and the attached General Release (Doc. #17-2) is approved as fair and reasonable.

3.  The Joint Stipulation for Dismissal With Prejudice (Doc. #18) is **GRANTED** and the Clerk shall enter judgment dismissing the case with prejudice with each party to bear their own costs, expenses, and attorney fees unless otherwise agreed.

4.  The Clerk is further directed to terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of May, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties

DCCD